IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAUL LEITNER and DOMENICA LEITNER,**<br><br>　　　　**Plaintiffs,**<br>　　v.<br><br>**ALLSTATE INSURANCE COMPANY**<br><br>　　　　**Defendant.** | **CIVIL ACTION**<br><br>**NO. 11-7377** |

# ORDER

**AND NOW**, this _____ day of July, 2014, **IT IS HEREBY ORDERED** upon careful consideration of Defendant Allstate Insurance Company's Motion for Summary Judgment (Doc. 16), Plaintiffs Paul Leitner and Domenica Leitner's Response in Opposition to Defendant's Motion (Doc. 20), Defendant's Reply to Plaintiff's Response to the Motion for Summary Judgment (Doc. 21), and Plaintiffs' Second Response in Opposition (Doc. 22), along with the parties' exhibits, and for the reasons set forth below, Defendant's Motion for Summary Judgment is **GRANTED.**

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/Petrese Tucker
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**Hon. Petrese B. Tucker, C.J.**